IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nihan Fila,<br><br>Plaintiff,<br><br>v.<br><br>City of Columbia Police Department,<br><br>Defendant. | C/A No. 3:25-cv-13318-JFA<br><br>**MEMORANDUM OPINION AND ORDER** |

This matter is before the Court on Plaintiff Nihan Fila's ("Plaintiff") Motion to Alter or Amend the Judgment pursuant to Rule 59(e). (ECF No. 35).

Motions under Rule 59 are not to be made lightly: "[R]econsideration of a previous order is an extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." 12 James Wm. Moore et al., Moore's Federal Practice ¶ 59.30[4] (3d ed.); *Doe v. Spartanburg Cty. Sch. Dist. Three*, 314 F.R.D. 174, 176 (D.S.C. 2016) (quoting *Pac. Ins. Co. v. Am. Nat. Fire Ins*. Co., 148 F.3d 396, 403 (4th Cir. 1998)). The Fourth Circuit has held such a motion should be granted for only three reasons: (1) to follow an intervening change in *controlling* law; (2) on account of new evidence; or (3) "to correct a *clear error of law* or prevent manifest injustice." *Hutchinson v. Staton*, 994 F.2d 1076, 1081 (4th Cir. 1993) (emphasis added). Rule 59 motions "may not be used to make arguments that could have been made before the judgment was entered." *Hill v. Braxton*, 277 F.3d 701, 708 (4th Cir. 2002). Nor are they opportunities to rehash issues already ruled

upon because a litigant is displeased with the result. *See Tran v. Tran*, 166 F. Supp. 2d 793, 798 (S.D.N.Y. 2001).

Here, Plaintiff seeks to have this Court reconsider its prior order (ECF No. 30) adopting the Magistrate Judge's Report and Recommendation and consequently dismissing this action. Within this motion, Plaintiff presents the same arguments as those specifically presented and rejected within the objections to the Magistrate Judge's Report and subsequent filings. (*Compare* ECF Nos. 23 & 24 *with* ECF No. 35). Thus, the motion is basically an improper attempt to reargue issues already decided by this Court. The Court understands that Plaintiff may disagree with this Court's ruling. However, Plaintiff has failed to show any error which would warrant the relief requested. Accordingly, Plaintiff's Motion to Alter Judgment, (ECF No. 35), is denied.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

August 17, 2026
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge